IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CHARLES PARLE,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID L. RUNNELS, Warden, High Desert State Prison,<br><br>    Respondent.<br>                                          / | No. C 01-03487 WHA<br><br>**ORDER RE BRIEFING** |

      Petitioner Timothy Charles Parle and respondent David L. Runnels are **ORDERED TO BRIEF** whether the decision of the state court was an objectively unreasonable application of *Chambers v. Mississippi*, 410 U.S. 284 (1973), *Taylor v. Kentucky*, 436 U.S. 478 (1978), or other relevant Supreme Court precedent. In particular, how should the Court re-evaluate the petition in light of the recent Ninth Circuit memorandum, *Parle v. Runnels*, No. 05-16610 (9th Cir. April 4, 2006)?

      Briefs of ten pages or less are due at **NOON, JUNE 20, 2006**. Replies will be due at **NOON, JUNE 27, 2006**.

      **IT IS SO ORDERED.**

Dated: May 30, 2006

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE